## DICKSON v. RUCHO

[366 N.C. 206 (2012)]

MARGRET DICKSON, ALISHA )
    CHISOLM, ETHEL CLARK, )
    MATTHEW A. MCLEAN, )
    MELISSA LEE ROLLIZO, C. )
    DAVID GANTT, VALARIA )
    TRUITT, ALICE GRAHAM )
    UNDERHILL, ARMIN JANCIS, )
    REBECCA JUDGE, ZETTIE )
    WILLIAMS, TRACEY BURNS-VAN, )
    LAWRENCE CAMPBELL, O. )
    EVERETTE ROBINSON, JR., )
    LINDA GARROU, HAYES )
    McNEILL, JIM SHAW, SIDNEY )
    E. DUNSTON, ALMA ADAMS, )
    STEVEN R. BOWDEN, JASON )
    EDWARD COLEY, KARL )
    BERTRAND FIELDS, PAMLYN )
    STUBBS, DON VAUGHN, BOB )
    ETHERIDGE, GEORGE GRAHAM, )
    JR., THOMAS M. CHUMLEY, )
    AISHA DEW, GENEAL GREGORY, )
    VILMA LEAKE, RODNEY W. )
    MOORE, BRENDA MARTIN )
    STEVENSON, JANE WHITLEY, )
    I.T. (TIM) VALENTINE, LOIS )
    WATKINS, RICHARD JOYNER, )
    MELVIN C. McLADWHORN, )
    RANDALL S. JONES, BOBBY )
    CHARLES TOWNSEND, )
    ALBERT KIRBY, TERRENCE )
    WILLIAMS, NORMAN C. CAMP, )
    MARY H. POOLE, STEPHEN T. )
    SMITH, PHILIP BADDOUR, )
    ALICIA CHISHOLM, VALERIA )
    TRUITT, ROBINSON O. )
    EVERETT, JR. DOUGLAS A. )
    WILSON, MARY F. POOLE )
 
          v. )
 
CHAIRMAN NC SENATE )
    REDISTRICTING COMMITTEE, )
    CHAIRMAN OF NC HOUSE OF )
    REPRESENTATIVES )
    REDISTRICTING CO, CO )
    CHAIRMAN 1 OF THE NC )
    REDISTRICTING COMM., )
    PRESIDENT PRO TEMPORE )
    OF THE NC SENATE, SPEAKER )
    OF THE NC HOUSE OF )
    REPRESENTATIVE, NC STATE )
    BOARD OF ELECTIONS, NC )

**DICKSON v. RUCHO**

[366 N.C. 206 (2012)]

| | | |
|---|---|---|
| STATE OF, CO CHAIRMAN 2 OF | ) | |
| NC HOUSE OF REPRESENTATIVE | ) | |
| REDISTRICTING CO | ) | |
| | ) | From Wake County |
| NC NAACP, LEAGUE OF WOMEN | ) | |
| VOTERS OF NC, DEMOCRACY | ) | |
| NC, NC A PHILIP RANDOLPH | ) | |
| INSTITUTE, REVA McNAIR, | ) | |
| MATTHEW DAVIS, TRESSIE | ) | |
| STANTON, ANNE WILSON, | ) | |
| SHARON HIGHTOWER, KAY | ) | |
| BRANDON, GOLDIE WELLS, | ) | |
| GRAY NEWMAN, JOEL FORD, | ) | |
| YVONNE STAFFORD, ROBERT | ) | |
| DAWKINS, SARA STOHLER, | ) | |
| HUGH STOHLER, OCTAVIA | ) | |
| RAINEY, CHARLES HODGE, | ) | |
| MARSHALL HARDY, MARTHA | ) | |
| GARDENHIGHT, BEN TAYLOR, | ) | |
| KEITH RIVERS, ROMALLUS O. | ) | |
| MURPHY, CARL WHITE, ROSA | ) | |
| BRODIE, HERMAN LEWIS, | ) | |
| CLARENCE ALBERT, EVESTER | ) | |
| BAILEY, ALBERT BROWN, | ) | |
| BENJAMIN LANIER, NC STATE | ) | |
| CONFERENCE OF THE | ) | |
| BRANCHES OF THE NAACP, | ) | |
| GILBERT VAUGHN, AVIE | ) | |
| LESTER, THEODORE | ) | |
| MUCHITIENI, WILLIAM | ) | |
| HOBBS, JIMMIE RAY HAWKINS, | ) | |
| HORACE P. BULLOCK, | ) | |
| ROBERTA WADDLE, | ) | |
| CHRISTINA DAVIS McCOY, | ) | |
| JAMES OLIVER WILLIAMS, | ) | |
| MARGARET SPEED, LARRY | ) | |
| LAVERNE BROOKS, CAROLINA | ) | |
| S. ALLEN, WALTER ROGERS, | ) | |
| SR., SHAWN MEACHAM, MARY | ) | |
| GREEN BONAPARTE, SAMUEL | ) | |
| LOVE, COURTNEY PATTERSON, | ) | |
| WILLIE D. SINCLAIR, CARDES, | ) | |
| HENRY BROWN, JR., JAMES | ) | |
| STEPHENS | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NC STATE OF, NC STATE BD OF | ) | |
| ELECTIONS THE, SPEAKER | ) | |
| OF NC HOUSE OF REPRESEN- | ) | |
| ATIVES, PRESIDENT PRO | ) | |
| TEMPORE OF THE NC SENATE | ) | |

IN THE SUPREME COURT

**DICKSON v. RUCHO**

[366 N.C. 206 (2012)]

No. 201P12

(Filed 14 June 2012)

## ORDER

Defendants' Motion for Temporary Stay and Petition for Writ of Supersedeas are allowed.

As to defendants' notice of appeal filed 24 April 2012, the Court expedites hearing of the appeal, as follows:

The record on appeal shall be settled pursuant to the Rules of Appellate Procedure and filed with the Clerk of the Supreme Court on or before 1 June 2012.

Defendants'/appellants' briefs shall be filed with this Court on or before 15 June 2012.

Plaintiffs'/appellees' briefs shall be filed with this Court on or before 29 June 2012.

Any reply briefs shall be filed with this Court on or before 6 July 2012.

The matter is set for oral argument at 9:30 a.m. on 10 July 2012.

By order of the Court in Conference, this 11th day of May, 2012.

s/Jackson, J.
For the Court